UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)

| | |
|---|---|
| MATTHEW ROMANO,<br>       Plaintiff,<br><br>vs.<br><br>TRANSUNION,<br>       Defendant. | CASE NO.<br><br><br><br><br>**TRANS UNION, LLC'S<br>NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC (improperly identified as Transunion) ("Trans Union") hereby removes the subject action from the Nassau County District Court of New York, to the United States District Court for the Eastern District of New York (Central Islip), on the following grounds:

1.     Plaintiff Matthew Romano served Trans Union on or about March 15, 2019, with a Summons and Complaint filed in the Nassau County District Court of New York. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2.     Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 14-29.

3.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.     Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Nassau County District Court of New York, to the United States District Court for the Eastern District of New York (Central Islip).

5.  As of the date of this Notice Of Removal, Defendant Trans Union, LLC is the only Defendant in this case.

6.  Notice of this removal will promptly be filed with the Nassau County District Court of New York, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Nassau County District Court of New York, to this United States District Court, Eastern District of New York (Central Islip).

Date: April 3, 2019  Respectfully submitted,

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of April, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of April, 2019**, properly addressed as follows:

| **for Plaintiff Matthew Romano**<br>Edward B. Geller, Esq.<br>Edward B. Geller, Esq, P.C.<br>15 Landing Way<br>Bronx, New York,   10464 | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq. (NY# 2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion)*